# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:06-CR-149 |
| | § | |
| LOUIS LEON WALTERS | § | |

## ORDER OVERRULING OBJECTIONS AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

Defendant Louis Walters moves to suppress incriminating evidence obtained during a search of his residence.

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. Judge Hines concluded that there was no unreasonable search or seizure, and therefore recommended that the motion to suppress be denied..

Defendant objects to the magistrate judge's findings, conclusions, and analysis. This requires a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made. 28 U.S.C. § 636(b)(1)(C).

After conducting such review, the court concludes that the magistrate judge's findings, conclusions and analysis are correct. Defendant raises no significant new arguments that the magistrate judge did not carefully consider and correctly evaluate in his report and recommendation.

Accordingly, defendant's objections are **OVERRULED**, and the report of the magistrate judge is **ADOPTED**.  It is further

**ORDERED** that defendant's motion to suppress (Docket No. 28) is **DENIED**.

**SIGNED** this the **1** day of **November, 2007.**

_____
Thad Heartfield
United States District Judge